RODNEY GOLDEN et al., Respondents-Appellants, v JAMES P. BROWN et al., Appellants-Respondents. [901 NYS2d 896]—Appeal and cross appeal from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered October 26, 2009 in a personal injury action. The order, among other things, denied defendants' motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Lindley and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LICIA A. WALLACE, Appellant. [901 NYS2d 895]—Appeal from a judgment of the Niagara County Court (William J. Watson, A.J.), rendered May 18, 2009. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Sconiers, Green and Gorski, JJ.